UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GREGORIO AGUILAR, II,                          CIVIL NO. 15-487 (SRN/JSM)

      Petitioner,

v.                                                            ORDER

UNITED STATES OF AMERICA,

      Respondent.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 14, 2015.   No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner Gregorio Aguilar, II's application for habeas corpus relief under 28 U.S. C. § 2241 [Docket No. 1] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  September 29, 2015

                                    s/Susan Richard Nelson
                                    SUSAN RICHARD NELSON
                                    United States District Judge